UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JARED WESLEY CRAPO,<br><br>            Defendant. | Case No. CR04-0005-JCC-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial appearance and hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 11, 2006. The United States was represented by Assistant United States Attorney Karen Johnson, and the defendant by Mr. Jeff Smith. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Burglary, Second Degree in violation of 18 U.S.C. §§ 1153 and 13. On or about October 22, 2004, defendant was sentenced by the Honorable John C. Coughenour to twenty-seven (27) months imprisonment to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed, but not limited to, were substance-abuse and mental-health treatment participation, consenting to search, and disclosure.

In a Petition for Warrant or Summons and a Violation Report and Warrant Request, both

dated March 31, 2006, U.S. Probation Officer Margaret Kellow asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to reside in and satisfactorily participate in a community corrections center and/or comprehensive sanction center program, on or about March 20, 2006, in violation of the special condition that he reside in the CCC until discharged by the director, with the approval of the probation officer.

(2) Failing to notify the probation officer of any change in employment, in violation of standard condition number 6.

The defendant was advised of the allegations and his rights. He has admitted to the allegations and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on April 28, 2006, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained, but has requested a detention review hearing, which has been set before the Honorable Mary Alice Theiler, United States Magistrate Judge, on April 20, 2006, at 3:45 p.m.

DATED this 11th day of April, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          Honorable John C. Coughenour
      AUSA:                    Ms. Karen Johnson
      Defendant's attorney:    Mr. Jeff Smith
      Probation officer:       Ms. Margaret Kellow

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2