UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR04-05-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JARED WESLEY CRAPO, ) | ALLEGED VIOLATION |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 16, 2006. The United States was represented by Assistant United States Attorney Karyn S. Johnson, and defendant by Mr. Jeffrey Smith. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Burglary in the 2nd Degree, and on or about October 22, 2004, was sentenced by the Honorable John C. Coughenour to a term of twenty-seven (27) months of custody and three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to a prohibition against possessing firearms, and participation in mandatory drug testing, substance abuse aftercare, to include urinalysis testing and a mental health program. On February 23, 2006, the U.S. Probation Office submitted and received a request for modification directing release of the defendant to a halfway house for up to 120 days.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01    On March 31, 2006, the U.S. Probation Office submitted a violation report alleging
02 that the defendant violated his supervised release by failing to reside in the community
03 corrections center. After a hearing on April 28, 2006, the Honorable John C. Coughenour
04 ordered the defendant to reside in a community corrections center for up to 180 days, or until
05 discharged by the center director, with the approval of the U.S. Probation Office.

06    In a Petition for Warrant or Summons dated June 1, 2006, Senior U.S. Probation
07 Officer Margaret K. Kellow asserted the following violation by defendant of the conditions
08 of his supervised release:

09    Violation No. 1: Failing to reside in and satisfactorily participate in a community
10 corrections center program, on or about May 28, 2006, in violation of the special condition
11 that he reside in the CCC until discharged by the center director, with the approval of the
12 probation officer.

13    On August 3, 2006, the defendant made his initial appearance on the alleged
14 violation. He was advised of the alleged violation, and of his rights, and entered a denial to
15 the alleged violation. The matter was set for an evidentiary hearing to take place on August
16 16, 2006. Pending his hearing, the defendant was detained.

17    On August 16, 2006, the defendant was again advised as to the allegation contained in
18 the petition and of his rights to an evidentiary hearing. Defendant admitted to the violation,
19 and waived any rights to an evidentiary hearing as to whether it had occurred.

20    I therefore recommend that the Court find the defendant to have violated the terms
21 and conditions of his supervised release as to Violations No. 1, and that the Court conduct a
22 hearing limited to disposition. A disposition hearing will be set before the Honorable John
23 C. Coughenour on September 29, 2006 at 9 a.m.

24    Pending a final determination by the Court, the defendant has been detained.

25
26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2

01  DATED this 16th day of August, 2006.

02

03  *James P. Donohue*

04  JAMES P. DONOHUE
    United States Magistrate Judge

05  cc:  District Judge:          Honorable John C. Coughenour
06       AUSA:                    Ms. Karyn S. Johnson
         Defendant's attorney:    Mr. Jeffrey Smith
07       Probation officer:       Ms. Margaret K. Kellow

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3